# EXHIBIT B

**LSI, INC.**
1 UNIVERSITY PLAZA, SUITE 518
HACKENSACK, NJ 07601
(201) 968-0001

CHASE MANHATTAN BANK
235 MAIN STREET
HACKENSACK, NJ 07602

55-233/212 558

17110

1/6/2005

PAY TO THE ORDER OF ProCorp Images, Inc. $ **32,852.29

Thirty-Two Thousand Eight Hundred Fifty-Two and 29/100************************************************************************ DOLLARS

ProCorp Images, Inc.
1500 West Hampden Ave., Ste 5F
Englewood, CO 80110

MEMO
RE: Interstate Bakeries, balance due

AUTHORIZED SIGNATURE

⑈017110⑈ ⑆021202337⑆ [redacted] ⑉0003285229⑉

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

**LSI, INC.**
1 UNIVERSITY PLAZA, SUITE 518
HACKENSACK, NJ 07601
(201) 968-0001

CHASE MANHATTAN BANK
235 MAIN STREET
HACKENSACK, NJ 07602

55-233/212 558

16198

10/25/2004

PAY TO THE ORDER OF ProCorp Images, Inc. $ **89,232.10

Eighty-Nine Thousand Two Hundred Thirty-Two and 10/100********************************************************************** DOLLARS

ProCorp Images, Inc.
1500 West Hampden Ave., Ste 5F
Englewood, CO 80110

MEMO
RE: Interstate Bakeries

AUTHORIZED SIGNATURE

⑈016198⑈ ⑆021202337⑆ [redacted] ⑉0008923210⑉

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

10282004
1020-00199
ENT=3511 TRC=3512 PK=01
0528063997

0212-0400-5 SRT 6
10282004
ENT=1009 TRC=1023 PK=22
0636216815

021000021
PAID
10/28/04 070 01 51
3200741003

390065567

PAY TO The ORDER OF
FRONT RANGE BANK
107006428
FOR DEPOSIT ONLY
ProCorp Images Inc.

01122005
1020-00199
ENT=3541 TRC=3552 PK=01

0212-0400-5 SRT 2
01142005
ENT=1071 TRC=1071 PK=03
022856672802347830 74

021000021
PAID
01/14/05 070 01 51
3900199128

3900139815

PAY TO The ORDER OF
FRONT RANGE BANK
107006428
FOR DEPOSIT ONLY
ProCorp Images Inc.

*021305001*
08/26/2005
6453043228

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

102000199 08/26/2005
4300325313

LSI, INC.
1 UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601
(201) 968-0001

JP MORGAN CHASE BANK
505 MAIN STREET
HACKENSACK, NJ 07602
55-233/212 568

1783

8/19/2005

PAY TO THE ORDER OF ProCorp Images, Inc. $ **34,135.55

Thirty-Four Thousand One Hundred Thirty-Five and 55/100********************************************* DOLLARS

ProCorp Images, Inc.
1500 West Hampden Ave., Ste 5F
Englewood, CO 80110

MEMO
RE: Interstate Bakeries - balance due

AUTHORIZED SIGNATURE

⑈001783⑈ ⑆021202337⑆ [redacted] ⑈0003413555⑈

⑈001783⑈ ⑆021202337⑆ [redacted] ⑈0003413555⑈

102000199 08/26/2005
4300325313
101000048 08/26/2005
6312666865
*021305001* 08/26/2005
6453043228

↓Do not endorse or write below this line.↓

ENDORSE HERE

PAY TO THE ORDER OF
FRONTRANGE BANK

FOR DEPOSIT ONLY
ProCorp Images, Inc.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

0212-0400-5 SRT 6
ENT=1561 TRC=1566 PK=03

082505
PAID
021000032
020000055
107006421

1020-00199
ENT=4249 TRC=4249 PK=17

FEDERAL RESERVE BOARD OF GOVERNORS