# EXHIBIT C

816.941.2121
(Direct/Voicemail)
tmflawyers@bell.net

# THE FRANKLIN LAW FIRM

300 UNITED MISSOURI BANK BUILDING
1310 CARONDELET DRIVE
KANSAS CITY, MISSOURI 64114
816.942.1900
FAX 816.942.2671

June 8, 2006

*Via Telecopy Only 201.968.0010*

Scott Friedberg
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601

Re: *In re Interstate Brands Corporation*
Bankr. W.D. Mo., No. 04-48516-jwv

Dear Scott:

I represent ProCorp Images, Inc. Liquidity Solutions entered into an agreement with Mark Stanke at ProCorp Images to purchase certain claims that corporation had in the Interstate Bakeries Chapter 11. Enclosed please find pages 13 and 14 of Exhibit G to the Eighteenth Omnibus Objection to Claims in this Chapter 11. You will see that IBC has objected to certain of the claims. It appears that with respect to the claim that ProCorp sold to your company, the objection is only to eliminate "duplicate" claims filed in two of the cases. Also enclosed is the Notice of Hearing for this Omnibus Objection. ProCorp does not anticipate taking any action in response to this Omnibus Objection. Please advise.

Very truly yours,

Thomas M. Franklin

TMF:trh
Enclosure
c: M. Stanke

Practice areas include business, shareholder, commercial, real estate, employment, insolvency and insurance disputes