# EXHIBIT C

359 Inverness Drive South, Englewood, CO, 80112, Office Building Property for Lease on LoopNet.com

| For Sale | For Lease | Sales Comps | Property Records | Local Info | Add Listing | MyLoopNet |
|---|---|---|---|---|---|---|

#1 in Commercial Real Estate Online

Mobile | Become a free member | Log In

## 359 Inverness Drive South, Englewood, CO, 80112 - Available for Lease
Office For Lease

### View this active lease listing or start a search to find more properties for lease.

For Sale | **For Lease**

| Office | Englewood, CO | Search |

Advanced search

Browse More Listings in Office For Lease,

---

## Inverness Business Center South
359 Inverness Drive South, Englewood, CO 80112

### Negotiable
8,577 SF | Office

ETKIN JOHNSON GROUP



Main Photo

**Request Additional Information**

Ryan Good
(303) 650-6500

Lindsey Gooch
(303) 223-0484

First Name | Last Name

Email

Phone [ ] - [ ] - [ ] ext [ ]

Please send me additional information about this property.

[ Contact Listing Broker ]

By clicking "Contact Listing Broker", you are indicating that you have read, understood, and agree to LoopNet's Terms and Conditions.

New to LoopNet? No problem. As a courtesy, LoopNet will automatically create a free account so that you can access more listing details, setup new listing alerts, and more.

We will not share your email address. View our Privacy Policy.

### Office Property For Lease

Get Financing

| | | | |
|---|---|---|---|
| Total Space Available: | 8,577 SF | Building Class: | B |
| Rental Rate | Negotiable | Year Built: | 1985 |
| Property Type: | Office | Lot Size: | 7.10 AC |
| Property Sub-type: | Office Building | Zoning Description: | L-1 |
| Additional Sub-types: | Flex Space | Listing ID: | 18118220 |
| Building Size: | 23,438 SF | Last Updated | 1 day ago |

Inverness Business Center South
Office | Negotiable | 8,577 SF

Watch Property | [ Contact Listing Broker ]

---

### Utilities

- Electricity/Power - 200-200a/120-208v3p

### 1 Space Available

Display Rental Rate as Entered ▾

| 359K | Space Available | 8,577 SF |
| | Rental Rate | Rental Rate Negotiable |
| | Space Type | Office Building |
| | Lease Type | NNN |
| | No. Parking Spaces | 18 |

Space offers 6,527 SF of finished office space with new paint and T-8 energy efficient lighting. Clear height of 14'. 2 drive-in doors (10' x 14').

## Highlights

- 2.2:1000 parking ratio

## Description

Inverness Business Center South is a four building, multi-tenant office/flex facility containing 100,657 rentable square feet. This property offers a quality design with mature, well-maintained landscaping.

Located near Inverness Drive South and Inverness Parkway.

**Map** of 359 Inverness Drive South, Englewood, CO 80112                    Hide Map



**Research** for 359 Inverness Drive South, Englewood, CO 80112 (Arapahoe County)

- Demographics – Population, Income & other demographics near 359 Inverness Drive South
- Research Price – Recent sales of similar properties
- Property Record Data – Historical listings, current tax, mortgage, owners & tenant info for this building

[ Contact Listing Broker ]  **to find out more details.**

More from

**Ryan Good**

Vice President
Leasing/Sales

View Profile



| Clear Creek Business Center Denver, CO 7,990 SF Negotiable | Southpark Business Center Littleton, CO Price Not Disclosed 145,517 SF | Southpark Business Center Littleton, CO 145,517 SF Negotiable | Clear Creek Business Park Denver, CO 2,006 SF Negotiable |

### Asking Price Index Trends for Englewood, CO Office For Lease

Asking Rent Office for Lease Englewood, CO ($/SF/Year)

|  |  | vs. 3 mo. |  |
|  | Nov 13 | prior | Y-O-Y |
| ■ State | $16 | +0.4% | +3.7% |
| ■ Metro | $17 | +0.1% | +3.8% |
| ■ County | $16 | -0.6% | +1.5% |
| ▭ City | $18 | +1.5% | +8.0% |

— State  — Metro  — County  --- City   LoopNet

View Englewood Market Trends for other property types for sale or lease. Learn more about the chart info.

Created 4/10/2013

The information above has been obtained from sources believed reliable. While we do not doubt its accuracy we have not verified it and make no guarantee, warranty or representation about it. It is your responsibility to independently confirm its accuracy and completeness. Any projections, opinions, assumptions, or estimates used are for example only and do not represent the current or future performance of the property. The value of this transaction to you depends on tax and other factors which should be evaluated by your tax, financial, and legal advisors. You and your advisors should conduct a careful, independent investigation of the property to determine to your satisfaction the suitability of the property for your needs. TB-PND

**Contact Us**  Help  Add Listings  About Us  Products  Advertise  Blog  Terms Of Use  Privacy Policy  © 2014 LoopNet, Inc.        Partners: BizBuySell  |  LandAndFarm  |  FindaFranchise