# EXHIBIT D

\ 04-45814-can11 Interstate Bakeries Corporation (ALL FUTURE FILING SHALL BE IN 04-45816)
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Cynthia A. Norton
**Date filed:** 09/22/2004 **Date of last filing:** 06/26/2013 **Plan confirmed:** 12/05/2008
**Date terminated:** 03/12/2013

# Attorneys

*Assigned: 05/30/2007*
*TERMINATED: 05/31/2007*

representing

**Bear Stearns Investment Products Inc.**
383 Madison Avenue
8th Floor
New York, NY 10179
212-272-7811
*(Transferee)*
PRO SE

**William S. Abbey**
CA Office of Attorney General
300 S. Spring St., Ste. 11000N
Los Angeles, CA 90013
213-897-2604
213-897-2802 (fax)
*Assigned: 11/07/2007*
*TERMINATED: 02/07/2008*

representing

**State of California**
*(Creditor)*

**Carolyn Gold Aberman**
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
312-407-0700
*Assigned: 11/07/2005*
*LEAD ATTORNEY*

representing

**Interstate Bakeries Corporation**
12 East Armour Boulevard
Kansas City, MO 64111
*(Debtor)*

**Anthony C. Acampora**
Silverman Perlstein & Acampora
100 Jericho Quadrangle, Ste. 300
Jericho, NY 11753
516-479-6300
516-479-6301 (fax)
*Assigned: 10/06/2004*

representing

**Brookdale Environmental Corp.**
511 Canal Street
Third Floor
New York, NY 10013
*(Creditor)*

**Degmor, Inc.**
511 Canal Street
Third Floor
New York, NY 10013

A signed: 10/14/2004

| | | |
|---|---|---|
| **Thomas M. Franklin**<br>The Franklin Law Firm<br>9140 Ward Parkway<br>Suite 200<br>Kansas City, MO 64114<br>816-941-2121<br>816-822-8222 (fax)<br>tmflaw@swbell.net<br>Assigned: 09/24/2004<br><br>Assigned: 09/30/2004 | representing | **Lou Misterly Food Sales, Inc.**<br>% Thomas M. Franklin<br>300 UMB Bank Building<br>1310 Carondelet Drive<br>Kansas City, MO 64114<br>816.942.1900<br>816.942.2671 (fax)<br>tmflaw@swbell.net<br>*(Creditor)* |
| | representing | **Data Source, Inc.**<br>% Thomas M. Franklin<br>The Franklin Law Firm<br>300 UMB Bank Building<br>1310 Carondelet Drive<br>Kansas City, MO 64114<br>816.942.1900<br>816.942.2671 (fax)<br>tmflaw@swbell.net<br>*(Creditor)* |
| Assigned: 10/01/2004 | representing | **Dobake Bakeries, Inc.**<br>% Thomas M. Franklin<br>The Franklin Law Firm<br>1310 Carondelet Drive<br>300 UMB Bank Building<br>Kansas City, MO 64114<br>816.942.1900<br>816.942.2671 (fax)<br>tmflaw@swbell.net<br>*(Creditor)* |
| Assigned: 10/08/2004 | representing | **ProCorp Images, Inc.**<br>c/o Thomas M. Franklin<br>The Franklin Law Firm<br>300 UMB Bank Building<br>1310 Carondelet Drive<br>Kansas City, MO 64114<br>816.942.1900<br>816.942.2671 (fax)<br>tmflaw@swbell.net<br>*(Creditor)* |
| Assigned: 11/02/2004 | | **Environmental Management Services, Inc.** |