**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC., | Docket No.: 13-CV-06447-WJM-MF |
| Plaintiff, | Civil Action |
| vs. | **ORDER** |
| PROCORP IMAGES, INC., | |
| Defendant. | |

THIS MATTER having been opened to the Court by Defendant, PROCORP IMAGES, INC. for an Order dismissing the Complaint, and the Court having considered the moving papers and the papers submitted in opposition thereto, and having heard the arguments of counsel, and good cause having been shown;

IT IS, on this ____ day of _____, 2014 ORDERED, as follows:

The Motion of PROCORP IMAGES, INC. to Dismiss the Complaint is Denied in its entirety. A copy of the within Order shall be served upon all counsel of record within ____ days from the date hereof.

_____
HON. WILLIAM J. MARTINI, U.S.D.J.
